UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAMIEN M. GRIFFIN,

                Plaintiff,

v.                                                       Case No. 16-cv-716-pp

PHIL PRZYBYLINSKI,

                Defendant.

---

## ORDER UPDATING PLAINTIFF

---

The plaintiff, who is representing himself, has filed several letters with the court informing the court of his upcoming release date and asking for an update. The court is in the process of recruiting counsel for the plaintiff, and will notify the plaintiff once counsel has been recruited—regardless of whether he is still incarcerated or released. To ensure that he receives updates from the court upon his release, though, he must update the court with his address once he is released, and anytime he moves residences. Once he is released, he can submit documents to the court by mailing them to:

        Office of the Clerk
        United States District Court
        Eastern District of Wisconsin
        362 United States Courthouse
        517 E. Wisconsin Avenue
        Milwaukee, Wisconsin 53202

The plaintiff should not mail anything to chambers; it delays processing the case.

Dated in Milwaukee, Wisconsin this 25th day of May, 2018.

                **BY THE COURT:**

                _____
                **HON. PAMELA PEPPER**
                **United States District Judge**