UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAMIEN M. GRIFFIN,

                Plaintiff,

v.                                                      Case No. 16-cv-716-pp

PHIL PRZYBYLINSKI,

                Defendants.

---

**REQUEST FOR REPRESENTATION**

---

At the court's request, Attorney Jesse R. Dill of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, S.C, has agreed to represent plaintiff Damien M. Griffin, on a volunteer basis. Before the court will facilitate Mr. Dill's representation, the plaintiff must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The court will provide the plaintiff with a copy of the regulations. Under Paragraph A.1, Mr. Dill's volunteer representation will take effect only after the plaintiff signs and returns the enclosed form stating his agreement to be bound by the regulations.

The court **ORDERS** that, on or before **November 13, 2018**, the plaintiff must sign and return the enclosed Agreement to Reimburse Pro Bono Fund, if he wishes to proceed with a lawyer in this case at no charge to him.

The court will send the plaintiff a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

The court **ORDERS** that a copy of this order be sent to Attorney Jesse R. Dill of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, S.C, 1243 North 10th Street # 200, Milwaukee, Wisconsin, 53205.

Dated at Milwaukee this 22nd day of October, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Court Judge**